IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>      v.                          )<br>                                  )<br>FERNANDO NUNEZ,                   )<br>                                  )<br>            Defendant.            )<br>                                  ) | 4:05CR3060<br><br><br>ORDER |

   IT IS ORDERED:

   The clerk is directed to remove filing number 47 from the public docket sheet and file it as a sealed pleading.

   DATED this 4th day of April, 2006.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge