IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:05CR3060 |
| | ) | |
| V. | ) | |
| | ) | |
| OCTAVIO DELVILLAR and | ) | ORDER |
| FERNANDO NUNEZ, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Jeremy Murphy's motion to withdraw as counsel and to continue trial (filing 72) is denied. Trial will commence on Monday morning, November 13, 2006.

November 8, 2006.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge