IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3060-2 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| FERNANDO NUNEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1. Filing 92, the amended motion to withdraw filed by defense counsel, Jeremy Murphy, is granted.

2. The Federal Public Defender is requested to make nominations to the undersigned district judge within ten (10) days for appointment of substitute counsel.

3. The clerk of the court shall send a copy of this order to (a) Fernando Nunez, c/o Saline County Jail, Box 911, Wilber, NE 68465, and (b) David Stickman, Federal Public Defender, 222 S. 15th St., Suite 300N, Omaha, NE 68102.

November 20, 2006.    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge