IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:05CR3060-2 |
| V. | ) | |
| | ) | |
| FERNANDO NUNEZ, | ) | |
| | ) | ORDER |
| Defendants. | ) | |

The defendant has written me a letter. In the letter, he complains in vague terms about his court appointed lawyer. Having considered the letter,

IT IS ORDERED that:

1. The Clerk of the Court shall file the letter and treat it as a motion for appointment of new counsel.

2. Treated as a motion for the appointment of new counsel, the letter (motion) is denied.

3. The Clerk of the Court shall provide the defendant and all counsel of record with a copy of the letter and this memorandum and order.

February 2, 2007.          BY THE COURT:

                           *S/Richard G. Kopf*
                           United States District Judge