IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:05CR3060 |
| V. | ) | |
| | ) | |
| FERNANDO NUNEZ, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that David F. Eaton's motion to withdraw (filing 115) is denied.

February 5, 2007.          BY THE COURT:

                           *S/ Richard G. Kopf*
                           United States District Judge