IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:05CR3060-2 |
| V. | ) | |
| | ) | |
| FERNANDO NUNEZ, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

I am in receipt of a letter from the defendant, Fernando Nunez.

IT IS ORDERED that:

(1) The Clerk of Court shall file Mr. Nunez's letter, which is attached hereto, in the court file.

(2) Treated as a motion, it will be considered at Mr. Nunez's sentencing hearing.

(3) The Clerk of Court shall provide a copy of this order to Mr. Nunez, and a copy of Mr. Nunez's letter and this order to counsel of record.

February 8, 2007.  BY THE COURT:

*S/ Richard G. Kopf*
United States District Judge