IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3060-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| FERNANDO NUNEZ, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED that the defendant's sentencing is rescheduled to **12:30 p.m.** on Tuesday, March 20, 2007, before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

February 27, 2007.                BY THE COURT:

                    s/ *Richard G. Kopf*
                    United States District Judge