IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3060-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| FERNANDO NUNEZ, | ) | |
| | ) | |
| Defendant. | ) | |

I am in receipt of a letter dated March 23, 2007, from the defendant, Fernando Nunez.

IT IS ORDERED that:

(1) The Clerk of Court shall file Mr. Nunez's letter, which is attached hereto, in the court file.

(2) Treated as a motion, it is denied.

(3) The Clerk of Court shall provide a copy of this order to the defendant at his last known address. The Clerk shall also provide a copy of this order and the defendant's letter to counsel of record.

March 28, 2007.                          BY THE COURT:

                                         s/ *Richard G. Kopf*
                                         United States District Judge